

# COURT OF APPEALS
### SECOND DISTRICT OF TEXAS
### FORT WORTH

## NO. 02-17-00380-CV

IN THE INTEREST OF M.A., A CHILD

------------

FROM THE 158TH DISTRICT COURT OF DENTON COUNTY
TRIAL COURT NO. 15-02792-158

------------

## MEMORANDUM OPINION[1] AND JUDGMENT

------------

We have considered appellant's "Petitioner's and Appellant's Motion to Withdraw Appeal." It is the court's opinion that the motion should be granted; therefore, we dismiss the appeal. *See* Tex. R. App. P. 42.1(a)(1), 43.2(f).

Costs of the appeal shall be paid by appellant, for which let execution issue. *See* Tex. R. App. P. 42.1(d).

PER CURIAM

PANEL: SUDDERTH, C.J.; WALKER and MEIER, JJ.

DELIVERED: February 1, 2018

---

[1]*See* Tex. R. App. P. 47.4.